IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY ANTHONY NAYLOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM KEMP, III, <br><br> Defendant. | 2:22-CV-00609-CCW |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 31, 2022, the Magistrate Judge issued a Report, ECF No. 9, recommending that Plaintiff's Complaint, ECF No. 5, be dismissed sua sponte with prejudice for failure to prosecute. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Complaint, ECF No. 5, is dismissed with prejudice, and the Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 28th day of September, 2022.

BY THE COURT:


<u>/s/ Christy Criswell Wiegand</u>
CHRISTY CRISWELL WIEGAND
United States District Judge

CC (via United States Mail):

Troy Anthony Naylor, Jr.
137640
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219